Charles M. Lizza
William C. Baton
Saul Ewing LLP
1037 Raymond Blvd., Suite 1520
Newark, NJ 07102-5426
(973) 286-6700
clizza@saul.com
WBaton@saul.com

*Attorneys for Plaintiffs*
*United Therapeutics Corporation and*
*Supernus Pharmaceuticals, Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED THERAPEUTICS CORPORATION and SUPERNUS PHARMACEUTICALS, INC.**<br><br>**Plaintiffs,**<br><br>v.<br><br>**ACTAVIS LABORATORIES FL, INC.,**<br><br>**Defendant.** | Civil Action No. 16-1816 (PGS)(LHG)<br>Civil Action No. 16-3642 (PGS)(LHG)<br><br>**(Filed Electronically)** |

**CERTIFICATION OF JOSH B. KUSHNER**
**IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE***

JOSH B. KUSHNER, of full age, certifies as follows:

1. I am an attorney-at-law of the State of California and am an associate at the firm of Wilson Sonsini Goodrich & Rosati, 633 West Fifth Street, Suite 1550, Los Angeles, California 90017, attorneys for plaintiffs United Therapeutics

Corporation and Supernus Pharmaceuticals, Inc. (collectively, "Plaintiffs") in the above-captioned matters. I make this certification in support of my application for admission as counsel *pro hac vice* in these matters.

2. I am admitted to, and a member in good standing of the bar of the State of California. I was admitted to practice in California on December 1, 2016. The name and address of the office maintaining the roll of members of the California bar is the State Bar of California, 180 Howard Street, San Francisco, California 94105.

3. I am not under any suspension or disbarment by the bar of any court. No disciplinary proceedings are pending against me, and no disciplines have ever been imposed upon me.

4. I will be associated in this matter with Charles M. Lizza, Esq. of Saul Ewing LLP, a member in good standing of this Court, who will act as counsel of record, and who will be responsible for receiving and signing papers served in these matters, and who will be responsible for my conduct.

5. I agree to strictly observe the dates fixed for hearing on motions, pretrial conferences, and trials in compliance with Local Civil Rule 101.1.

6. I agree to be bound by and comply with the requirements of Rules 1:20-1(b), 1:21-2(b), and 1:28-2 of the New Jersey Court Rules during the period

of my admission in this matter and will make all necessary payments to the New Jersey Lawyers' Fund for Client Protection.

7. I agree to comply with the requirements of Local Civil Rule 101.1(c)(3) by making a payment of $150.00 to the Clerk, USDC for my admission *pro hac vice*.

8. I hereby submit to the jurisdiction of the United States District Court for the District of New Jersey for the purpose of discipline.

9. Defendant's counsel has consented to this application and my admission *pro hac vice*.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: March 14, 2017

By: _____
JOSH B. KUSHNER